[No. 9,225. Department Two.—July 19, 1884.]

GEORGE W. DURFEE ET AL., APPELLANTS, v. RICH-ARD GARVEY, RESPONDENT.

DEED—ACKNOWLEDGMENT BY A MARRIED WOMAN.—A deed of a married woman conveys no title unless it is acknowledged by her in conformity with the requirements of the statute. A proper acknowledgment made subsequent to her conveyance to a second grantee will not cure the defect.

APPEAL from a judgment of the Superior Court of the county of Los Angeles, and from an order refusing a new trial.

This was an action to quiet title to certain lands. The plaintiff's title was derived by deed from Maria E. Espinosa, a married woman. The deed was acknowledged before a justice of the peace, and the certificate was in the form of an ordinary acknowledgment by an unmarried woman. She afterwards conveyed the property to the defendant, and still later appeared before a notary public, and acknowledged the first conveyance in proper form. The other facts appear in the opinion.

*Brunson & Wells*, for Appellants.

*F. H. Howard*, and *Smith, Brown & Hutton*, for Respondent.

The COURT.—The certificate of acknowledgment of Maria E. Espinosa, dated July 26, 1877, was fatally defective, and the deed conveyed no title. The evidence given on the trial of the case does not show that the acknowledgment was other than as certified by the officer. Her proper acknowledgment of the deed, subsequent to her conveyance to the defendant, did not cure the defective acknowledgment. The court found that

Garvey made no representation to said Maria for the purpose of deceiving her, and that she was not deceived.

We see no error.

Judgment and order affirmed.

Hearing in Bank denied.